Case 1:19-cv-00527-MSM-LDA   Document 1-1   Filed 10/08/19   Page 1 of 5 PageID #: 11

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



# Affidavit of Fact

**Date:** 8 Safar 1441: [10 October, 2019]

**Affiant:** Jamhal Talib Abdullah Bey

**Address:** RISE OF THE MOORS – 23 Acorn Street, 3rd Floor, Providence RI 02903

Notice to the agent is notice to the principal, notice to the principal is notice to the agent. UCC I -202: notice, knowledge. An instrument is deemed in law filed at the time it is delivered to the clerk. See *Biffe v. Morton Rubber., Inc.*, 785 S.W. 2d 143, 144 (tex. 1990).

      As Salaam Alakum; Greetings of Peace from the Moorish Nation.

On the 6th day of Safar, 1441, Moorish Calander year, I was lecturing as usual on Moorish science, history, law, civics, religion and nationality pursuant to the laws as laid down by my Prophet, El Hajj Sharif Abdul Ali, also known as Noble Drew Ali. Approximately 1 hour into class, my cousin Robbie, who was in attendance called me on my phone. I thought this was odd because I seen him in class and knew he wouldn't interrupt me unless something was wrong. I suddenly felt something was wrong and, as seen on video, I stood up and began to ask the Moors in the hall-way as to what was going on and where Robbie was.

The Moors then informed me that he was outside. I then called Robbie back on the phone. Once he answered the phone, he informed me that there were several cops outside attempting to enter the building looking for what they called a "weapon". I immediately knew they were talking about me as I had been instructing classes with a semi-automatic rifle around my neck and Glock 22 on my waist to relay a message to other Moorish nationals that we can be intelligent, peaceful and still practice our religious right to bare arms. I then informed the class as to what was happening, and knowing that there were children inside, I ensured that my arms were condition 4, disassembled and locked in my office to ensure that in our absence and in the event that some how the children were left alone, there would be no possible way for any of them to be in danger.

After securing my arms, I remember Leonitus Jabir Bey and Julisa Amurra Adonay El stating that they would go down stairs to inquire what the issues were and to ensure the police that everyone was safe. A few other Moors in class followed them outside to also ensure that they were safe from police terrorism, as our nation is often slandered in the media by police and we are often referred to pejoratively as sovereign citizens and our rights severely violated.

After a short while, I recall Leonitus Bey informing me that the police stated that they had received a call from someone stating that there were automatic-weapons in the building and that they had seen my live Youtube video whereas I was baring my rifle. He also informed me that they wanted to speak to me without the rifle. Knowing that the municipal police have already unlawfully detained one of the Moorish nations diplomats, the Moors ensured that they were going to ensure that the Providence police, who lacked jurisdiction over our nation, would not unlawfully detain me without due process of law.

Page 1 of 5

Case 1:19-cv-00527-MSM-LDA   Document 1-1   Filed 10/08/19   Page 2 of 5 PageID #: 12

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

Shortly after, at an attempt to ensure that there was nothing to hide and no criminal activity was taken place, although the police have admitted to watching the class and can see that no crimes wer being committed.

I then went down stairs and could barely see how many police were outside because of the Moors not only protecting me but our rights ensured by constitution against unlawful searches and seizures. I recall hearing Moors ask for the Sheriff and the police stating that there is no sheriff. I also recall the Moors reading the General Civil Orders of 2014 and was asked by Julisa El to read the Rhode Island constitution.

Upon me reading the constitution against unlawful searches and seizures, half of the police left and the other half stayed. I remember asking why they were still here and continued to read our rights secured by the constitution.

After a while of standing, several other police arrived and we began to ask questions. The police felt surrounded so I told the Moors to back up.

A few minutes later, the police said they had no standing and left. The entire incident was approximately 1 hour.

In conclusion, I am hereby making the claim that the Providence Municipal Police Department knowingly and intentionally conspired to deprive me and the other Moorish Nationals of our preexisting constitutional rights based on the following;

1. The Providence Police Department knowingly and intentionally conspired to deprive me and the other Moorish Nationals of our rights secured by Article 1 section 6 of the Rhode Island State Constitution and the 4th Amendment of the Constitution for the united States of America, by attempting to unlawfully breach, search and clear the building that we were having class in, without a warrant signed by a judge and without a written statement of claim made against us. Which both constitutions state the following:

> Art 1 Sec 6: *The right of the people to be secure in their persons, papers and possessions, against unreasonable searches and seizures shall not be violated; and no warrant shall issue, but on complaint in writing, upon probable cause, supported by oath or affirmation, and describing as nearly as may be, the place to be searched and the persons or things to be seized.*

Case 1:19-cv-00527-MSM-LDA   Document 1-1   Filed 10/08/19   Page 3 of 5 PageID #: 13

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



4th Amendment: *The right of the people to be secure in their persons, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*

2. The Providence Police Department knowingly and intentionally conspired to deprive me and the other Moorish Nationals of our rights secured by Article 1 section 22 of the Rhode Island State Constitution and the 2nd Amendment of the Constitution for the united States of America, by attempting to unlawfully breach, search and clear the building that we were having class in, without a warrant signed by a judge and without a written statement of claim made against us, and take away any arms that they stated were in the building. Both constitutions state the following:

    Art 1 sec 22: *The right of the people to keep and bare arms shall not be infringed.*

    2nd Amendment: *A well-regulated militia, being necessary to the security of a free state, the right of the people to keep and bare arms shall not be infringed.*

3. The Providence Police Department knowingly and intentionally conspired to deprive me and the other Moorish Nationals of our rights secured by Article 1 section 3 of the Rhode Island State Constitution and the 1st Amendment of the Constitution for the united States of America by attempting to unlawfully breach, search and clear the building that we were having class in, without a warrant signed by a judge and without a written statement of claim made against us and put an end to our religious meeting and peaceful assembly while baring arms, which baring arms is no probable cause. Both constitutions state the following:

    Article 1 section 3: Freedom of religion: *Whereas Almighty God hath created the mind free; and all attempts to influence it by temporal punishments or burdens, or*

Case 1:19-cv-00527-MSM-LDA Document 1-1 Filed 10/08/19 Page 4 of 5 PageID #: 14

 

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

*by civil incapacitations, tend to beget habits of hypocrisy and meanness; and whereas a principal object of our venerable ancestors, in their migration to this country and their settlement of this state, was, as they expressed it, to hold forth a lively experiment that a flourishing civil state may stand and be best maintained with full liberty in religious concernments; we, therefore, declare that no person shall be compelled to frequent or to support any religious worship, place, or ministry whatever, except in fulfillment of such person's voluntary contract; nor enforced, restrained, molested, or burdened in body or goods; nor disqualified from holding any office; nor otherwise suffer on account of such person's religious belief; and that every person shall be free to worship God according to the dictates of such person's conscience, and to profess and by argument to maintain such person's opinion in matters of religion; and that the same shall in no way diminish, enlarge, or affect the civil capacity of any person.*

1st Amendment: *Congress shal make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble; and to petition the government for a redress of grievances.*

4. The Providence Police Department knowingly and intentionally violated the State and Federal constitutions specifically Article 6 of the Federal constitution and Article 3 (diversity) of the State constitution, both of which state that the constitution is the supreme law of the land, including all treaties made, and that all persons in the position in public office must take an oath to said constitution. The violation occurred when we stated that we were Moorish American nationals to the Providence Police and they continued to attempt to exercise personam, subject-matter and territorial jurisdiction. Meaning, since we stated our national origin, the issue of diversity is primal and the municipal police should have known that they lacked jurisdiction and pursuant to their oath of ethics as stated in the RI Con, Art 3 sec 7 & 8, they were to report to the Mayor that they were in contact with a foreign nation so that the Mayor could notify the chain of command; being the State and




Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

the State was to then notify the Federal government of the issue of diversity pursuant to Article 6 and Article 1 section 10 of the Federal constitution. Article 20 and 21 of the Treaty of Amity and Commerce between the Moroccan Empire and the united States of America of 1787, the Act of State Doctrine, the United Nations Decleration on the Rights of Indigenous People, et alia.

Remedy, settlement and or relief is sought for the aforementioned injuries / tort in the form of 1 million dollars in lawful money, a written and public apology with the Mayor and Chief of Police present, to include all of the municipal agents of the Providence police department who was present on the date of the incident.

## UNDER PENALTY OF PERJURY

Under penalty of perjury and persecution from the Moorish nation, do declare and state for the record, to the best of my ability, that all claims and statements made in this affidavit are true, factually based and not made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. A Free Moorish American national and citizen of the free National Government of Morocco, I am: _____. In honor of my Moabite ancestors to time immemorial, exercising the Divine and Common-Law-Right to Jus Postliminii, in accord with the high principles of Love, Truth, Peace, Freedom and Justice.

Witness: _____

Witness: _____